UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CHERYL SMITH

                Plaintiff(s),

VS.                                               2:07-CV-1417-KJD-GWF

FJM CORP.

                Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and Plaintiff's counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy Plaintiff's exhibits which were previously admitted in this matter.

Dated: January 31, 2011

**U.S. DISTRICT JUDGE**